■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRINCE JAMES BRUCE, Appellant. [668 NYS2d 976] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38).

(Appeal from Judgment of Genesee County Court, Morton, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pine, J. P., Lawton, Hayes, Callahan and Fallon, JJ.